

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00022-CV

_____

WAYMON SCOTT HARTWELL AND HARTWELL FARMS, LLC, Appellants

V.

FANNIN BANK, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CV-15-42242

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Appellants, Wayman Scott Hartwell and Hartwell Farms, LLC, filed their notice of appeal in this matter on March 21, 2024. Appellants are not indigent and are, thus, responsible for paying or making adequate arrangements to pay the clerk's fee for preparing the record. *See* TEX. R. APP. P. 37.3(b). The clerk's record in this appeal was due to be filed with this Court on or before April 22, 2024. The district clerk notified this Court that Appellants had not filed a designation of record and had neither paid for nor made adequate arrangements to pay for preparation of the clerk's record.

By letter dated April 23, 2024, the clerk of this Court notified Appellants that the record was late due to their failure to pay and gave them until May 3, 2024, to cure the defect. Further, we warned Appellants that, if we did not receive an adequate response to our letter within ten days of the date of the letter, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b).

We received no communication from Appellants responsive to our April 23 correspondence, and the record was not filed. Consequently, this appeal is ripe for dismissal. Pursuant to Rules 37.3(c) and 42.3(b), we dismiss this appeal for want of prosecution.[1] *See* TEX. R. APP. P. 37.3(b); 42.3(b).

Charles van Cleef
Justice

Date Submitted: May 8, 2024
Date Decided: May 9, 2024

---

[1] On March 25, 2024, Appellees filed a motion to dismiss the appeal for want of jurisdiction. Based on our disposition of this matter, we deny that motion as moot.